UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONNELL W PRICE,

        Petitioner,

   v.

PATRICK GLEBE,

        Respondent.

CASE NO. C14-5011 BHS-JRC

ORDER

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

    Petitioner asked the Court to stay this matter so that he could exhaust claims (Dkt. 21). In the original answer, respondent argued that the petition is a mixed petition (Dkt. 19). Respondent did not oppose staying the proceedings to give petitioner the opportunity to exhaust his claims (Dkt. 22).

ORDER - 1

1   The Court stayed the petition until December 31, 2014 (Dkt. 23). Petitioner needed to
2 file a motion to continue the stay prior to December 21, 2014, if he wanted the Court to continue
3 the stay. Petitioner has not filed anything in this action since he requested the stay in May of
4 2014 (Dkt. 21).
5   Under the terms of the Court's order staying this action the stay has expired (Dkt. 23).
6 The Court needs additional information regarding exhaustion because neither party has informed
7 the Court of the outcome of petitioner's state actions. Accordingly, the Court orders that
8 respondent supplement his answer and inform the Court if the arguments in the original answer
9 are still valid. Respondent's supplemental answer must be filed on or before February 20, 2015.
10   Dated this 9th day of January, 2015.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2